UNITED STATES DISTRICT COURT
STATE OF CONNECTICUT

COMPLAINT

5-20-19

MOTION OF CHANGE OF ADDRESS

Jaywell-James: Washington

v.

3:19 CV 774 (JCH)

Deborah Kochiss Frankel
William J. Wenzel
Daniel Brereton
Ross W. Hakula
Elizabeth J. Stewart
Laura Azevedo
Kevin Dunn
Kevin C McCarthy
Tracey Lee Drayton
Carla Drouliak
Eugene R. Calistro Jr
Frank Iannotti

MOTION OF CHANGE OF ADDRESS

This is to inform the Court of A Change of Address in the in-closed mentioned Claim from, IN % 287 Bittan rd, Near Somers, Connecticut Republic; to, IN % 1153 East Street South, Near Suffied, Connecticut Republic, General Post ZIP Exempt Non Domestic w/o U.S.A.

All Rights Reserved

*Jaynell Jones Washington*
Jaynell-Jones: Washington
5-20-19

CERTIFICATE OF SERVICE

This is to Confirm that A true and correct Copy of this Motion of CHANGE OF Address was mailed, faxed or E-filed to the UNITED STATES DISTRICT COURT, STATE OF CONNECTICUT, on or around the 20th of MAY 2019.

All Rights Reserved

*Jaynell Jones Washington*
Jaynell-Jones: Washington
5-20-19